UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KEVIN TURNER et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:05-CV-54 |
| | ) (JARVIS/GUYTON) |
| UNION COUNTY, TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case came before the Court on April 4, 2007 for a status conference. The defendant, through Attorney John Duffy, announced that construction of the new jail was "moving along well," although three additional isolation cells were being added to the facility. This change in the plans, according to the defendant, results, at this time, in a new target date for completion of late July or early August. Based on this, the Court scheduled the next status conference for **August 20, 2007 at 1:30 p.m.** before the undersigned.

The Court advised the parties that it wanted this matter settled in all aspects by the end of 2007. The parties stated that this goal would be achieved.

**IT IS SO ORDERED.**

                     **ENTER:**

                          s/ H. Bruce Guyton
                    United States Magistrate Judge