UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KEVIN TURNER et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:05-CV-54 |
| ) | (VARLAN/GUYTON) |
| UNION COUNTY, TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This case came before the Court on August 20, 2007 for a status conference. The defendant, through Attorney John Duffy, announced that construction of the new jail was proceeding, albeit slowly, and was expected to be completed sometime in late October, 2007. Defense counsel indicated that he knew of no reason why the project would not be finished by then. Based on this, the Court scheduled the next status conference for **November 16, 2007 at 1:30 p.m.** before the undersigned.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge